UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. REED,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | NO. CV 11-5226 FFM<br><br>JUDGMENT |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the matter is dismissed with prejudice.

DATED:   January 6, 2012

                                                    /S/ FREDERICK F. MUMM
                                                  FREDERICK F. MUMM
                                                United States Magistrate Judge